Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Drive, #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Asaf Agazanof, Esq. (285043)
ASAF LAW
8730 Wilshire Blvd. #310
Beverly Hills, CA 90211
Phone: 424-254-8870
Fax: 888-254-0651
Asaf@Lawasaf.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBER MASSIE,** | Case No. 5:14-cv-00503-JGB-DTB |
| **Plaintiff,** | NOTICE OF SETTLEMENT |
| vs. | |
| **COMENITY LLC; and DOES 1 to 20, INCLUSIVE,** | |
| **Defendant.** | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file

dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 18th day of June, 2014.

By: s/Todd M. Friedman
    TODD M. FRIEDMAN
    Law Offices of Todd M. Friedman, P.C.
    Attorney for Plaintiff

1 Filed electronically on this 18th day of June, 2014, with:

2
3 United States District Court CM/ECF system

4 Notification sent electronically via the Court's ECF system to:

5
6 Honorable Jesus G. Bernal
United States District Court
7 Central District of California

8 **Jeanne L Zimmer**
9 Carlson and Messer LLP
Email: zimmerj@cmtlaw.com
10

11 **Tamar Gabriel**
12 Carlson and Messer LLP
Email: gabrielt@cmtlaw.com
13 Attorneys for Defendant

14
This 18th day of June, 2014.
15

16 s/Todd M. Friedman
Todd M. Friedman
17

18
19
20
21
22
23
24
25
26
27
28

Notice of Settlement - 3