JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMBER MASSIE,**<br><br>Plaintiff,<br><br>   vs.<br><br>**COMENITY LLC; and DOES 1 to 20, INCLUSIVE,**<br><br>Defendant. | ) Case No. EDCV14-00503 JGB (DTBx)<br>)<br>) **ORDER**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

   IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own attorney's fees, costs, and expenses.

Dated this 30th day of June, 2014.

                              Honorable Judge Jesus G. Bernal